UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14CV722 CEJ |
| | ) | |
| FEDERAL GOVERNMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Over the past nine months, plaintiff has filed numerous delusional and frivolous cases in this Court regarding a religiously-motivated conspiracy against his family.[1] Plaintiff alleges that the federal government and other named defendants are using terrorism, racism, and satanism against him and are trying to murder him and his family because they are preachers of the gospel. He seeks nine hundred trillion dollars in monetary damages.

The Court previously warned plaintiff that it would not allow him to proceed in forma pauperis if he continued to bring the same frivolous lawsuits again and again. *Warren v. Federal Gov≠t*, 4:13-CV-1878-CEJ (E.D. Mo.). This case is no different from his previous cases. Consequently, the Court will deny plaintiff≠s motion for leave to proceed in forma pauperis and will dismiss this action without prejudice to refiling as a fully-paid complaint. *See In re Tyler*,

---

[1]*See e.g., Warren v. Federal Gov≠t*, No. 4:13-CV-1465-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1560-RWS (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1570-JAR (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1634-HEA (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1643-AGF (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1780-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1878-CEJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1906-TIA (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-1998-SNLJ (E.D. Mo. 2013); *Warren v. Federal Gov≠t*, No. 4:13-CV-2069-SPM (E.D. Mo. 2013).

839 F.2d 1290, 1292 (8th Cir. 1988) ("Judicial resources are limited in the short run and need to be protected from wasteful consumption. Frivolous, bad faith claims consume a significant amount of judicial resources, diverting the time and energy of the judiciary away from processing good faith claims.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. # 2] is **denied**.

Dated this 11th day of April, 2014.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE